IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>FRESNO CITY COLLEGE, DR. CYNTHIA E. AZARI, in her individual and official capacities as President of Fresno City College; DR. CHRISTOPHER VILLA, in his individual and official capacities as Vice President of Student Services at Fresno City College,<br><br>    Defendants. | 1:11-CV-01468 AWI-MJS<br><br>ORDER VACATING JANUARY 9, 2012 HEARING AND TAKING MATTER UNDER SUBMISSION<br><br>(Doc No. 9) |

    Currently set for hearing on January 9, 2012, is the Motion to Dismiss filed by Defendants State Center Community College District, sued as Fresno City College; Dr. Cynthia E. Azari; and Dr. Christopher Villa.  See Court's Docket, Doc. No. 9.  Plaintiff filed an opposition to the motion, and Defendants have filed a reply.  See Court's Docket, Doc. Nos. 13, 14.  The court has reviewed the moving papers and has determined that the matters are suitable for decision without oral argument.  See Local Rule 78-230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 9, 2012, is VACATED, and the parties shall not appear at that time.  As of January 9, 2012, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    January 4, 2012

                                          CHIEF UNITED STATES DISTRICT JUDGE