MARK S. POSARD  (SBN:  208790)
mposard@gordonrees.com
MAYA OHANA  (SBN:  272903)
mohana@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax: (415) 986-8054

Attorneys for Defendants
DR. CYNTHIA E. AZARI, in her official capacity as
President of Fresno City College, and DR. CHRISTOPHER
VILLA, in his official capacity as Vice President of Student
Services at Fresno City College

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD LOPEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DR. CYNTHIA E. AZARI, in her official capacity as President of Fresno City College, and DR. CHRISTOPHER VILLA, in his official capacity as Vice President of Student Services at Fresno City College,<br><br>　　　　Defendants. | CASE NO.  1:11-CV-01468-AWI-MSJ<br><br>**JOINT STIPULATION TO CONTINUE TRIAL**<br><br>**Current Trial Date:    October 29, 2013**<br>**Time:   8:30 a.m.**<br>**Dept:   Courtroom 2**<br>**Judge:  Anthony W. Ishii** |

The parties hereby stipulate to continue trial from October 29, 2013 to April 22, 2014. Pursuant to the Court's Scheduling Order dated August 3, 2012, good cause for continuing trial is evidenced by the attached declaration of Mark Posard.

The parties further stipulate that the Scheduling Order should be modified as follows:

**Discovery Deadlines**:

Non-Expert:  August 5, 2013

Expert:  December 2, 2013

**Motion Deadlines**:

Non-Dispositive Filing:  December 2, 2013

-1-

Hearing: TBD

Dispositive Filing:  December 2, 2013

Hearing: January 13, 2014, 1:30 p.m., Courtroom 2 (AWI)

**Pretrial Conference**: March 4, 2014, 8:30 a.m., Courtroom 2 (AWI)

**Jury Trial**: April 22, 2014 at 8:30 a.m., Courtroom 2 (AWI); Six Day

    SO STIPULATED.
Dated:  April 15, 2013                  GORDON & REES LLP

By:   /s/  
    MARK S. POSARD
    MAYA OHANA
    Attorney for Defendants
    DR. CYNTHIA E. AZARI and DR.
    CHRISTOPHER VILLA

Dated:  April 15, 2013

By:   /s/  
    Laura M. Guzman Magill,
    Magill & Guzman Magill
    Attorney for Plaintiff
    Dr. Brad Lopez

IT IS SO ORDERED.

Dated:  April 16, 2013                _____
                                                SENIOR  DISTRICT  JUDGE

Gordon & Rees LLP
655 University Avenue, Suite 200
Sacramento, CA 95825