MARK S. POSARD (SBN: 208790)
mposard@gordonrees.com
MAYA OHANA (SBN: 272903)
mohana@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax: (415) 986-8054

Attorneys for Defendants
DR. CYNTHIA E. AZARI, in her official capacity as President of Fresno City College, and DR. CHRISTOPHER VILLA, in his official capacity as Vice President of Student Services at Fresno City College

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOPEZ,<br><br>Plaintiff,<br><br>vs.<br><br>DR. CYNTHIA E. AZARI, in her official capacity as President of Fresno City College, and DR. CHRISTOPHER VILLA, in his official capacity as Vice President of Student Services at Fresno City College,<br><br>Defendants. | CASE NO. 1:11-CV-01468-AWI-MSJ<br><br>**STIPULATED DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; PROPOSED ORDER**<br><br>Judge: The Hon. Anthony W. Ishii<br>Trial Date: April 22, 2014 |

The Parties hereby stipulate that this matter should be dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

\\\
\\\
\\\
\\\

-1-

STIPULATED DISMISSAL WITH PREJUDICE OF ENTIRE ACTION

1 | Dated: August 20, 2013           GORDON & REES LLP

By:   /s/
MARK S. POSARD
MAYA OHANA
Attorney for Defendants
DR. CYNTHIA E. AZARI and DR. CHRISTOPHER VILLA

6 | Dated: August 20, 2013

By: *Laura M Guzman Magill*
Laura M. Guzman Magill,
Magill & Guzman Magill
Attorney for Plaintiff
Dr. Brad Lopez

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE.

Dated: _____, 2013

Honorable Anthony W. Ishii
UNITED STATES DISTRICT COURT JUDGE

Gordon & Rees LLP
655 University Avenue, Suite 200
Sacramento, CA 95825

ASCI/1072663/16640388v.1

-2-

STIPULATED DISMISSAL WITH PREJUDICE OF ENTIRE ACTION