# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRAD LOPEZ,** | **CASE NO. 1:11-CV-1468 AWI MJS** |
| **Plaintiff** | **ORDER OF DISMISSAL** |
| v. | |
| **DR. CYNTHIA E. AZARI, in her official capacity as President of Fresno City College, and DR. CHRISTOPHER VILLA, in his official capacity as Vice President of Student Services at Fresno City College,** | |
| **Defendants** | |

Pursuant to the joint stipulation for dismissal with prejudice filed August 30, 2013 (Doc. 44) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that this matter be dismissed with prejudice. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   August 30, 2013

SENIOR DISTRICT JUDGE